FILED

01/18/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0575

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## Case No. DA 23-0575

RIKKI HELD, et al.

*Plaintiffs and Appellees*,

v.

STATE OF MONTANA, et al.

*Defendants and Appellants*.

## ORDER GRANTING LEAVE TO FILE AMICUS BRIEF

IT IS HEREBY ORDERED that the motion of Treasure State Resources Association seeking leave to file an *amicus curiae* brief in the above-captioned matter is GRANTED.

IT IS HEREBY ORDERED that said party shall file its *amicus* brief on or before February 16th, 2024.

Electronically dated and signed below.

1

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 18 2024